FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2011

GREGORY C. LANGHAM
                                    CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01402-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

QUINN McKENZIE JEBE,

      Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a document titled "Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254 and/or 28 U.S.C. § 2255 as Appropriate,"

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

Habeas Corpus Action, and a Letter.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Applicant files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing

(4)   \_\_    is missing certificate showing current balance in prison account
(5)   \_\_    is missing required financial information
(6)   \_\_    is missing an original signature by the prisoner
(7)   \_\_    is not on proper form (must use the court's current form)
(8)   \_\_    names in caption do not match names in caption of complaint, petition or habeas application
(9)   \_\_    An original and a copy have not been received by the court. Only an original has been received.
(10)   \_\_    other:_____.

**Complaint, Petition or Application**:
(11)   \_\_    is not submitted
(12)   **X**    is not on proper form (must use the court's current form)
(13)   \_\_    is missing an original signature by the prisoner
(14)   \_\_    is missing page nos. \_\_\_
(15)   \_\_    uses et al. instead of listing all parties in caption
(16)   \_\_    An original and a copy have not been received by the court. Only an original has been received.
(17)   \_\_    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   \_\_    names in caption do not match names in text
(19)   \_\_    other _____

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED June 1, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01402-BNB

Quinn McKenzie Jebe
Prisoner No.  132709
Cheyenne Mountain Re-Entry Center
2925 E Las Vegas St
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 form** to the above-named individuals on June 1, 2011.


                                          GREGORY C. LANGHAM, CLERK


By:_____
                                                    Deputy Clerk