FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01402-BNB

QUINN MCKENZIE JEBE,

    Applicant,

v.

TOM CLEMENTS, Executive Director of the Colorado Department of Corrections, and
EMILY BOND, Warden of the Cheyenne Mountain Re-Entry Center,

    Respondents.

## ORDER

This matter is before the Court on the document titled "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (ECF No. 16) that Applicant, Quinn McKenzie Jebe, submitted to and filed with the Court on August 22, 2011.

In the document, Mr. Jebe asserts claims that are inappropriate in a habeas corpus action. Therefore, the Court will disregard ECF No. 16. Respondents are directed to continue to respond to the order to file a preliminary response (ECF No. 12) within thirty days from the date of the August 15, 2011, order.

Accordingly, it is

ORDERED that the Court will disregard the document titled "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (ECF No. 16) that Applicant, Quinn McKenzie Jebe, submitted to and filed with the Court on August 22, 2011. It is

FURTHER ORDERED that Respondents are directed to continue to respond to

the order to file a preliminary response (ECF No. 12) within thirty days from the date of the August 15, 2011, order.

DATED at Denver, Colorado, this 23rd day of August, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01402-BNB

Quinn McKenzie Jebe
Prisoner No. 132709
Cheyenne Mountain Re-Entry Center
2925 E Las Vegas St
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk