**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01402-BNB

QUINN MCKENZIE JEBE,

      Applicant,

v.

TOM CLEMENTS, Executive Director of the Colorado Department of Corrections, and
EMILY BOND, Warden of the Cheyenne Mountain Re-Entry Center,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      This matter is before the Court on Applicant's "Notice to Clarify or Correct Information" (Doc. No. 18), filed August 31, 2011.  The motion is GRANTED.  The Order of August 23, 2011 (Doc. No. 17), is corrected to the extent that Respondents are directed to file a Preliminary Response within **twenty-one (21) days** from the August 15, 2011, Order (Doc. No. 12).

      The names in the caption to the August 23 Order are the parties named by Applicant in his amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. 11), filed on August 10, 2011.

Dated:  September 2, 2011

---